appellees; Taylor, Miller, Busch & Manger, for certain appellee; John S. Miller, of counsel. Opinion by JUSTICE FRIEND. Not to be published in full. Opinion filed May 5, 1952; rehearing denied June 9, 1952; released for publication June 9, 1952.

# Kenneth Williams, a Minor, by Elbert Williams, his Father and Next Friend, and Elbert Williams, Plaintiffs-Appellees, v. Ralph Norman, Defendant-Appellant.

### Term No. 52–F–12.

Frank E. Trobaugh, and Stephen E. Brondos, for appellant; Ralph W. Harris, and David A. Warford, for appellees. Opinion by PRESIDING JUSTICE CULBERTSON. Not to be published in full. Opinion filed May 14, 1952; released for publication June 17, 1952.

# Jules P. Dorette, Appellee, v. Alfeo Angellotti, Appellant, and D. Raymond Yoder, Appellant.

### Gen. No. 45,516.

Pretzel & Stouffer, for certain appellant, and Wyatt Jacobs, for certain other appellant; Charles E. Heckler, and Robert O. Rooney, of counsel; Miller & Moss, for appellee. Opinion by JUSTICE FEINBERG. **Not to be published in full.** Opinion filed May 21, 1952; released for publication June 6, 1952.

## Adolph E. Swanson, Appellee, v. Chester Johnson Electric Company, Appellant.

## Gen. No. 45,536.

Seago, Pipin, Bradley & Vetter, for appellant; Tom L. Yates, of counsel; Lelivelt & Swidler, for appellee; Ode L. Rankin, of counsel. Opinion by JUSTICE FEINBERG. **Not to be published in full.** Opinion filed May 21, 1952; released for publication June 6, 1952.